# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, Leonard E. | Eastern District of Texas | 01/23/2002 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| Nominee, U.S. District Judge | X Nomination, Date 01/23/2002 \_\_\_ Initial \_\_\_ Annual \_\_\_ Final | 01/01/2001 to 01/18/2002 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P. O. Box 4485 Tyler, Texas 75712 | Reviewing Officer _____ Date \_\_\_\_\_ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

☐ NONE (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | Chief Justice | Twelfth Court of Appeals, State of Texas |
| 2 | Board of Directors | University of Texas at Tyler Educational Foundation |
| 3 | Board of Directors | University of Texas Health Center at Tyler Development Board |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

☒ NONE (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

☐ NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 2001 | State of Texas - Chief Justice, Twelfth Court of Appeals | 107,850 |
| 2 | 2001 | Smith County, Texas - Chief Justice Supplement | 1,501 |
| 3 | 2001 | Gregg County, Texas - Chief Justice Supplement | 664 |
| 4 | 2001 | Henderson County, Texas - Chief Justice Supplement | 474 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE (No such reportable reimbursements.) | | |
| 1 | EXEMPT - INITIAL REPORT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE (No such reportable gifts.) | | | |
| 1 | EXEMPT - INITIAL REPORT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ NONE (No reportable liabilities.) | | | |
| 1 | NONE | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

| * VAL CODES: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001 to $100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Leonard E. | 01/24/2002 |

## VII. Page 1 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Bank of America Accounts | B | Interest | K | T | EXEMPT | | | | |
| 2 Farm - Smith County, Texas | | None | O | W | EXEMPT | | | | |
| 3 W. Loop Tract - Smith County, Texas | | None | K | W | EXEMPT | | | | |
| 4 Cemetary Lots, Tyler, Texas | | None | J | R | EXEMPT | | | | |
| 5 Texas Tomorrow Fund - College Fund | | None | M | T | EXEMPT | | | | |
| 6 Vanguard Growth Index Fund - State 401(k) | | None | J | T | EXEMPT | | | | |
| 7 Mineral Rights, Vermillion Lands Trust, Canada | A | Distribution | J | T | EXEMPT | | | | |
| 8 Royalty, Lynx Energy Co., Smith County, Texas | A | Royalty | J | W | EXEMPT | | | | |
| 9 Royalty, Amoco Production Co., LeFlore County, Oklahoma | D | Royalty | K | W | EXEMPT | | | | |
| 10 Working Interest, Hallwood Petroleum, Panola County, | A | Distribution | J | W | EXEMPT | | | | |
| 11 Working Interest, Hopewell Operating, Texas | A | Distribution | J | W | EXEMPT | | | | |
| 12 Working Interest, Pure Oil Co., Texas | A | Distribution | J | W | EXEMPT | | | | |
| 13 | | | | | | | | | |
| 14 Merrill Lynch Taxable Accounts | | | | | ALL EXEMPT ↓ | | | | |
| 15 Alcoa Inc. Common | A | Dividend | | | | | | | |
| 16 CVS Corp Common | A | Dividend | | | | | | | |
| 17 Enron Corp Common | A | Dividend | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g. dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Guidant Corp Common | | None | | | ALL EXEMPT | | | | |
| 19 IDEC Pharmaceuticals Common | | None | | | | | | | |
| 20 MBNA Corp. Common | A | Dividend | | | | | | | |
| 21 McData Corp Common | | None | | | | | | | |
| 22 Mectronic Inc. Common | A | Dividend | | | | | | | |
| 23 Smith International Common | | None | | | | | | | |
| 24 Sun Microsystems Common | | None | | | | | | | |
| 25 Viacom Inc. Class B Common | | None | | | | | | | |
| 26 Williams Companies Common | A | Dividend | | | | | | | |
| 27 Merrill Lynch Taxable Accounts Cash Equivalents | B | Interest | L | T | | | | | |
| 28 Alliance Premier Growth Fund | A | Dividend | K | T | | | | | |
| 29 Campbell Strategic Allocation Fund | | None | K | T | | | | | |
| 30 Cisco Systems Common | | None | J | T | | | | | |
| 31 Citigroup Common | A | Dividend | K | T | | | | | |
| 32 Corporate High Yield Fund IV | A | Dividend | K | T | | | | | |
| 33 EMC Corp Common | | None | J | T | | | | | |
| 34 El Paso Corp Common | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 3 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 Exxon Mobil Common | A | Dividend | K | T | ALL EXEMPT ↓ | | | | |
| 36 General Electric Common | A | Dividend | J | T | | | | | |
| 37 Nokia Corp Common | A | Dividend | J | T | | | | | |
| 38 Pfizer Inc. Common | A | Dividend | J | T | | | | | |
| 39 Schering Plough Common | A | Dividend | J | T | | | | | |
| 40 Solectron Corp. Common | | None | J | T | | | | | |
| 41 Target Corp. Common | A | Dividend | J | T | | | | | |
| 42 Tenet Healthcare Common | A | Dividend | J | T | | | | | |
| 43 Tyco International Inc. Common | A | Dividend | J | T | | | | | |
| 44 Wal Mart Stores Inc. Common | A | Dividend | J | T | ↑ EXEMPT | | | | |
| 45 | | | | | | | | | |
| 46 Merrill Lynch Retirement Accounts | | | | | ALL EXEMPT ↓ | | | | |
| 47 American Tower Corp Common | | None | | | | | | | |
| 48 Computer Science Corp Common | | None | | | | | | | |
| 49 CVS Corp Common | A | Dividend | | | | | | | |
| 50 Diamond Offshore Common | A | Dividend | | | | | | | |
| 51 Eastman Chemical Common | A | Dividend | | | ↑ EXEMPT | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Leonard E. | 01/24/2002 |

## VII. Page 4 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 Elan Corp Common | | None | | | Exempt ↓ | | | | |
| 53 General Motors New Class H Common | | None | | | | | | | |
| 54 Georgia Pacific Common | A | Dividend | | | | | | | |
| 55 Guidant Corp Common | | None | | | | | | | |
| 56 IDEC Pharmaceuticals Common | | None | | | | | | | |
| 57 K Mart Common | | None | | | | | | | |
| 58 King Pharmaceuticals Common | | None | | | | | | | |
| 59 Maxim Integrated Products Common | | None | | | | | | | |
| 60 Network Appliances Common | | None | | | | | | | |
| 61 Radioshack Corp Common | A | Dividend | | | | | | | |
| 62 Smith International Common | | None | | | | | | | |
| 63 Sun Microsystems Common | | None | | | | | | | |
| 64 Viacom Inc. Class B Common | | None | | | | | | | |
| 65 Williams Companies Common | A | Dividend | | | | | | | |
| 66 Merrill Lynch Retirement Accounts Cash Equivalents | B | Interest | K | T | | | | | |
| 67 Accenture Ltd Class A Common | | None | J | T | | | | | |
| 68 Ace Ltd Common | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Leonard E. | 01/24/2002 |

## VII. Page 5 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 Aetna Inc Common | | None | J | T | EXEMPT ↓ | | | | |
| 70 American Express Company Common | A | Dividend | K | T | | | | | |
| 71 American Home Products Common | A | Dividend | J | T | | | | | |
| 72 Anheuser Busch Companies Common | A | Dividend | J | T | | | | | |
| 73 AON Corp Common | A | Dividend | J | T | | | | | |
| 74 Automatic Data Process Common | A | Dividend | J | T | | | | | |
| 75 Bank of New York Common | A | Dividend | J | T | | | | | |
| 76 Bellsouth Corp Common | A | Dividend | J | T | | | | | |
| 77 Bemis Co Common | A | Dividend | J | T | | | | | |
| 78 Black & Decker Common | A | Dividend | J | T | | | | | |
| 79 Black Box Corp Common | | None | J | T | | | | | |
| 80 Bristol Myers Squibb Common | A | Dividend | J | T | | | | | |
| 81 Burlington Resources Common | A | Dividend | J | T | | | | | |
| 82 C H Robinson Worldwide Common | A | Dividend | J | T | | | | | |
| 83 Calpine Corp Common | | None | J | T | | | | | |
| 84 Catalina Marketing Common | | None | J | T | | | | | |
| 85 Centurytel Inc. Common | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 6 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g. dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86 Certegy Inc. Common | | None | J | T | EXEMPT ↓ | | | | |
| 87 ChevronTexaco Common | A | None | K | T | | | | | |
| 88 Cinn Financial Corp Common | A | Dividend | J | T | | | | | |
| 89 Cintas Corp Common | A | Dividend | J | T | | | | | |
| 90 Cisco Corp Common | | None | J | T | | | | | |
| 91 Citigroup Common | A | Dividend | K | T | | | | | |
| 92 Coca Cola Common | A | Dividend | J | T | | | | | |
| 93 Conoco Common | A | Dividend | J | T | | | | | |
| 94 Constellation Energy Common | A | Dividend | J | T | | | | | |
| 95 CSG Systems Common | | None | J | T | | | | | |
| 96 Deere Co. Common | A | Dividend | J | T | | | | | |
| 97 Devon Energy Common | A | Dividend | J | T | | | | | |
| 98 Disney Company Common | A | Dividend | J | T | | | | | |
| 99 Du Pont Common | A | Dividend | J | T | | | | | |
| 100 Eaton Vance Corp. Common | A | Interest | J | T | | | | | |
| 101 El Paso Corp. Common | A | Dividend | J | T | | | | | |
| 102 Equifax Inc. Common | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 7 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets)  *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | |
| 103  Factset Research Systems Common | A | Dividend | J | T | EXEMPT ↓ | | | | |
| 104  Fair Isaac & Co. Common | A | Dividend | J | T | | | | | |
| 105  Federal Signal Corp Common | A | Dividend | J | T | | | | | |
| 106  First Data Corporation Common | A | Dividend | J | T | | | | | |
| 107  Fleetboston Financial Common | A | Dividend | J | T | | | | | |
| 108  General Electric Common | A | Dividend | J | T | | | | | |
| 109  General Motors New Class H Common | | None | J | T | | | | | |
| 110  H.J. Heinz Company Common | A | Dividend | J | T | | | | | |
| 111  Henry Jack & Associates Common | A | Dividend | J | T | | | | | |
| 112  Honeywell Intl Common | A | Dividend | J | T | | | | | |
| 113  IMS Health Common | A | Dividend | J | T | | | | | |
| 114  IBM Common | A | Dividend | J | T | | | | | |
| 115  JP Morgan Chase Common | A | Dividend | K | T | | | | | |
| 116  Johnson & Johnson Common | A | Dividend | J | T | | | | | |
| 117  Koninkl Phillips Common | A | Dividend | J | T | | | | | |
| 118  KPMG Consulting Common | | None | J | T | | | | | |
| 119  LA-Z-BOY Common | | None | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Davis, Leonard E. | 01/24/2002 |

## VII. Page 8 INVESTMENTS and TRUSTS— income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 120  Eli Lilly Common | A | Dividend | J | T | EXEMPT ↓ | | | | |
| 121  McDonalds Common | A | Dividend | J | T | | | | | |
| 122  Mellon Financial Common | A | Dividend | J | T | | | | | |
| 123  Merrill Lynch Large Cap Core Fund | A | Dividend | L | T | | | | | |
| 124  Monsanto Co. Common | A | Dividend | J | T | | | | | |
| 125  National Commerce Financial Common | A | Dividend | J | T | | | | | |
| 126  Nokia Corp Common | A | Dividend | J | T | | | | | |
| 127  Nordson Corp Common | A | Dividend | J | T | | | | | |
| 128  Nortel Networks Corp Common | | None | J | T | | | | | |
| 129  OM Group Inc Common | A | Dividend | J | T | | | | | |
| 130  Pegasus Communications Corp Common | | None | J | T | | | | | |
| 131  Pfizer Corp Common | A | Dividend | K | T | | | | | |
| 132  Pharmacia Corp Common | A | Dividend | J | T | | | | | |
| 133  Phillips Petroleum Common | A | Dividend | J | T | | | | | |
| 134  Potomac Electric Power Common | A | Dividend | J | T | | | | | |
| 135  Prudential Financial Common | | None | J | T | | | | | |
| 136  Raytheon Company Common | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less  F=$50,001-$100,000 | B=$1,001-$2,500  G=$100,001-$1,000,000 | C=$2,501-$5,000  H1=$1,000,001-$5,000,000 | D=$5,001-$15,000  H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less  O=$500,001-$1,000,000 | K=$15,001-$50,000  P1=$1,000,001-$5,000,000 | L=$50,001-$100,000  P2=$5,000,001-$25,000,000 | M=$100,001-$250,000  P3=$25,000,001-$50,000,000 | N=$250,001-$500,000  P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal  U=Book Value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimated | T=Cash/Market | |

## VII. Page 9 INVESTMENTS and TRUSTS— income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 137 Reinsurance Group of America Common | A | Dividend | J | T | EXEMPT ↓ | | | | |
| 138 Reliant Resources Common | | None | J | T | | | | | |
| 139 Reynolds & Reynolds Common | A | Dividend | J | T | | | | | |
| 140 RPM Inc Common | A | Dividend | J | T | | | | | |
| 141 Sara Lee Corp Common | A | Dividend | J | T | | | | | |
| 142 Schlumberger Ltd Common | A | Dividend | J | T | | | | | |
| 143 Solectron Corp Common | | None | J | T | | | | | |
| 144 Sprint Corp Common | | None | J | T | | | | | |
| 145 W.P. Stewart & Co. Common | A | Dividend | J | T | | | | | |
| 146 Strayer Education Inc. Common | A | Dividend | J | T | | | | | |
| 147 Syncor International Common | | None | J | T | | | | | |
| 148 Teleflex Inc. Common | A | Dividend | J | T | | | | | |
| 149 Texas Instruments Common | A | Dividend | K | T | | | | | |
| 150 Textron Inc Common | A | Dividend | J | T | | | | | |
| 151 Tootsie Roll Industries Common | A | Dividend | J | T | | | | | |
| 152 Transocean Sedco | | None | J | T | | | | | |
| 153 Tribune Co. Common | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Davis, Leonard E. | 01/24/2002 |

## VII. Page 10 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 154 Tyco International Common | A | Dividend | K | T | EXEMPT ↓ | | | | |
| 155 Unocal Corp Common | A | Dividend | K | T | | | | | |
| 156 Unumprovident Corp Common | A | Dividend | J | T | | | | | |
| 157 US Bancorp Common | A | Dividend | J | T | | | | | |
| 158 Valspar Corp Common | A | Dividend | J | T | | | | | |
| 159 Verizon Communications Common | A | Dividend | J | T | | | | | |
| 160 Wal Mart Stores Common | A | Dividend | K | T | | | | | |
| 161 Washington Federal Common | A | Dividend | J | T | | | | | |
| 162 Washington Mutual Common | A | Dividend | J | T | | | | | |
| 163 XL Capital Ltd Class A Common | A | Dividend | J | T | | | | | |
| 164 XTO Energy Common | A | Dividend | J | T | | | | | |
| 165 | | | | | | | | | |
| 166 Merrill Lynch Children's Accounts | | | | | ALL EXEMPT ↓ | | | | |
| 167 Merrill Lynch Children's Accounts Cash Equivalents | A | Interest | J | T | | | | | |
| 168 Alliance Premier Growth Fund | A | Dividend | K | T | | | | | |
| 169 Davis NY Venture Fund | A | Dividend | K | T | | | | | |
| 170 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Davis, Leonard E. | Date of Report<br>01/24/2002 |
|---|---|---|

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____ Date _1-23-02_

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

**FILING INSTRUCTIONS**

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT
## NET WORTH as of 01/13/02__

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | 217,619 | Notes payable to banks-secured | |
| U.S. Government securities-add schedule | | Notes payable to banks-unsecured | |
| Listed securities-add schedule | 1,083,566 | Notes payable to relatives | |
| Unlisted securities--add schedule | | Notes payable to others | |
| Accounts and notes receivable: | | Accounts and bills due | |
| Due from relatives and friends | | Unpaid income tax | |
| Due from others | | Other unpaid income and interest | |
| Doubtful | | Real estate mortgages payable-add schedule | |
| Real estate owned-add schedule 320 acres and house | 880,000 | Chattel mortgages and other liens payable | |
| Real estate mortgages receivable | | Other debts-itemize: | |
| Autos and other personal property | 200,000 | | |
| Cash value-life insurance | | | |
| Other assets itemize: | | | |
| Texas Tomorrow Fund | 100,000 | | |
| | | | |
| | | Total liabilities | 0 |
| | | Net Worth | 2,481,185 |
| Total Assets | 2,481,185 | Total liabilities and net worth | 2,481,185 |
| CONTINGENT LIABILITIES | NONE | GENERAL INFORMATION | |
| As endorser, comaker or guarantor | | Are any assets pledged? (Add schedule) | NO |
| On leases or contracts | | Are you defendant in any suits or legal actions? | NO |
| Legal Claims | | Have you ever taken bankruptcy? | NO |
| Provision for Federal Income Tax | | | |
| Other special debt | | | |